HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN SHUBECK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCEWEN MINING INC., a Foreign Corporation; DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive,<br><br>Defendants. | Case No. 3:20-cv-00279-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (ECF No. 9)** |

WHEREAS, on May 21, 2020, Plaintiff Susan Shubeck ("Plaintiff") filed the First Amended Complaint (ECF No. 5).

WHEREAS, on June 19, 2020, Defendant McEwen Mining, Inc. ("Defendant") filed a Motion to Dismiss the First Amended Complaint (ECF No. 9, the "Motion"), and a deadline for Plaintiff's response to the Motion was set for July 3, 2020.

WHEREAS, on June 23, 2020, the Court granted Plaintiff's former attorney's Motion to Withdrawal as Plaintiff's attorney, leaving Plaintiff without legal representation.

WHEREAS, on June 24, 2020, Defendant served a copy of the Motion upon Plaintiff directly and informed her of the July 3, 2020 deadline to respond to the Motion.

WHEREAS, Plaintiff, who has not yet retained counsel, requested an extension of time to respond to the Motion.

/ / /

/ / /

**NOW, THEREFORE, BASED UPON THE FOREGOING**, Plaintiff Susan Shubeck, in proper person and on her own behalf, and Defendant, by and through its attorneys of record, hereby stipulate as follows:

It is stipulated that the Plaintiff's deadline to respond to the Motion to Dismiss (ECF No. 9) shall be extended from July 3, 2020 to July 17, 2020.

| Plaintiff | Holland & Hart LLP |
|---|---|
| /s/ Susan Shubeck[1]<br>Susan Shubeck<br>245 West Las Flores Ave.<br>Arcadia, CA 91007<br><br>*In Proper Person* | /s/ Matthew T. Cecil<br>Matthew T. Cecil, Esq.<br>Nevada Bar No. 9525<br>9555 Hillwood Drive<br>2nd Floor<br>Las Vegas, NV  89134<br><br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED**

DATED July 10, 2020.

_____
United States District Court Judge

---

[1] *See* attached email confirming Plaintiff's permission to use her e-signature to file this stipulation.

| | |
|---|---|
| **From:** | Susan Shubeck <susanshubeck2020@gmail.com> |
| **Sent:** | Monday, June 29, 2020 4:28 PM |
| **To:** | Matt T. Cecil |
| **Cc:** | Joyce E. Heilich |
| **Subject:** | Re: Shubeck v. McEwen, Stipulation to Extend Deadline to Respond to Motion to Dismiss |

**External Email**

Good Afternoon,

I consent to the use of my e-signature for the stipulation and am in agreement.

Thank you,
Susan Shubeck

On Mon, Jun 29, 2020 at 4:18 PM Matt T. Cecil <MTCecil@hollandhart.com> wrote:

> Ms. Shubeck,
>
> Attached is the proposed stipulation to extend the time you have to respond to the motion to dismiss the first amended complaint from July 3rd to July 17th. Please read through the stipulation and let me know if you approve or if you have proposed changes.
>
> Also, please note that in Federal Court we are allowed to file documents like this with an "e-signature", but only with the consent of the party. You will see examples of an e-signature at the end of the document. You will see that I have language in the document indicated that you consented to use your e-signature. If you do consent to using your e-signature, please respond to this email and let me know you consent to using it.
>
> If you do not consent to using your signature, please let me know and I will re-send it to you without the e-signature language. In that case you will need to sign it and send it back to me (a scanned copy or a quality picture of the signed page and emailed to me is fine).
>
> Best,

1

Matt

Matthew T. Cecil
Of Counsel, Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor, Las Vegas, NV 89134
T 702.222.2547 F 702.534.4912



CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

--
CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.