Susan Shubeck
pro se
245 West Las Flores Ave.
Arcadia, CA 91007
Phone: 323.347.8209
SusanShubeck2020@gmail.com

United States District Court
District of Nevada

Susan Shubeck, an Individual,                                          Case No. 3:20-cv-00279-RCJ-CLB
          Plantiff
v.
MCEWEN MINING INC., a Foreign

          Defendants                                MOTION TO EXTEND TIME.

Whereas, on July 15, 2020, Plantiff Susan Shubeck is requesting more time. I am now Pro Se and living in a different state and need time to prepare and request permission for e-file registry. I have not been able to obtain counsel and am unsure I will be able to do so as any

I ask the court to grant me 30 days to learn what is necessary to get my fair day in court.

Respectfully,
Susan Shubeck

*Susan Shubeck*  Verified by PDFfiller
                07/15/2020

Susan Shubeck
pro se
245 West Las Flores Ave.
Arcadia, CA 91007
Phone: 323.347.8209
SusanShubeck2020@gmail.com

United States District Court
District of Nevada

Susan Shubeck, an Individual,
           Plantiff
v.

MCEWEN MINING INC., a Foreign Corporation; DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive (defendants)

Case No.  3:20-cv-00279-RCJ-CLB

Whereas, on July 15, 2020, Plantiff Susan Shubeck is requesting more time.  I am now Pro Se and living in a different state and need time to prepare and request permission for e-file registry.  I have not been able to obtain counsel and am unsure I will be able to do so as any attorney I have made an effort to retain has told me to use my former attorney who dropped my case via text after he removed it from EEOC/NERC and filed in  Federal Court without my consent nor knowlede.

I ask the court to grant me 30 days to learn what is necessary to get my fair day in court.

Respectfully,
Susan Shubeck

*Susan Shubeck*

Verified by PDFFiller
07-15-2020 00:00

ORDER
IT IS HEREBY ORDERED that the Motion for Extension of Time (ECF Nos. 16, 17) are GRANTED.
IT IS FURTHER ORDERED that the Plaintiff shall file a response to the Motion to Dismiss (ECF No. 9) on or before Monday, August 17, 2020.
No further extensions shall be granted.

_____
ROBERT C. JONES
District Judge
Dated:  July 16, 2020