# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSAN SHUBECK, | ) | 3:20-CV-0279-RCJ-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | |
| vs. | ) | September 8, 2020 |
| | ) | |
| MCEWEN MINING, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PRESENT:** <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>       LISA MANN       </u>   **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING                           </u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING                         </u>

**MINUTE ORDER IN CHAMBERS:**

    Telia Williams, Esq. and Timothy Treffinger, Esq. have moved to withdraw as counsel for plaintiff, Susan Shubeck (ECF No. 26/27).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

    IT IS ORDERED that the motion to withdraw as counsel (ECF No. 26/27) is **GRANTED**.  A copy of this order and all documents hereafter filed shall be served on plaintiff via regular mail at the following address:

        Susan Shubeck
        245 West Las Flores Avenue
        Arcadia, CA  91007

    **IT IS SO ORDERED.**

        DEBRA K. KEMPI, CLERK

        By:<u>           /s/                       </u>
            Deputy Clerk