1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SUSAN SHUBECK, an individual,

              Plaintiff,

v.

MCEWEN MINING INC., a Foreign
Corporation; DOES 1-25 inclusive; and
ROE CORPORATIONS 1-25 inclusive,

              Defendants.

Case No. 3:20-cv-00279-RCJ-CLB

**ORDER GRANTING STIPULATION
TO EXTEND THE DEADLINE TO
FILE THE REPLY BRIEF TO THE
MOTION TO DISMISS THE FIRST
AMENDED COMPLAINT (ECF No. 9)**

**FIRST REQUEST**

       Plaintiff Susan Shubeck ("Plaintiff"), and Defendant McEwen Mining Inc. ("Defendant"), by and through their attorneys of record, hereby stipulate to extend the time for

///
///
///
///
///
///
///
///
///
///

Defendant to file a Reply Brief in Support of the Motion to Dismiss the First Amended

Complaint (ECF No. 9) from August 24, 2020 to August 31, 2020.

**Law Office of Telia U. Williams**

*/s/ Telia U. Williams*
Telia U. Williams, Esq.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

**Law Office of Timothy R. Treffinger**

*/s/ Timothy R. Treffinger*
Timothy R. Treffinger, Esq.
2350 S. Jones Blvd, D11
Las Vegas, NV 89146

*Attorneys for Plaintiff Susan Shubeck*

**Holland & Hart LLP**

*/s/ Matthew T. Cecil*
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
9555 Hillwood Drive
2nd Floor
Las Vegas, NV  89134

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED**

DATED_September 22, 2020

United States District Court Judge

15264004_v1  102765.0004