Matthew T. Cecil, Esq.
Nevada Bar No. 9525
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:  mtcecil@hollandhart.com

*Attorneys for Defendant McEwen Mining Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SHUBECK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCEWEN MINING INC., a Foreign Corporation; DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive,<br><br>Defendants. | Case No. 3:20-cv-00279-RCJ-CLB<br><br>**STIPULATION AND ORDER TO VACATE OCTOBER 8, 2020 STATUS CONFERENCE AND SET EARLY NEUTRAL EVALUATION CONFERENCE ON OCTOBER 27, 2020 AT 9:00 A.M.** |

WHEREAS, on September 2, 2020, the Court held a telephonic pre-ENE status conference and, noting Plaintiff's prior counsel's Motion to Withdraw (ECF No. 26), vacated the ENE pending the outcome of the Motion to Withdraw and scheduled a status check on October 8, 2020 (ECF No. 29);

WHEREAS, the Motion to Withdraw was granted on September 8, 2020 (ECF No. 30);

WHEREAS, on September 23, 2020, Plaintiff's current counsel of record filed his notice of appearance in this matter (ECF No. 32);

WHEREAS, on September 23. 2020, the Parties agreed to and filed a Discovery Plan and Scheduling Order in Compliance with LR 26-1(B) (ECF No. 33);

WHEREAS, the Parties desire to vacate the October 8, 2020 status check and to reschedule the ENE in this matter and have conferred with the Court to obtain the date stated below;

Now therefore, based on the foregoing, the Parties in the above-captioned matter, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. The October 8, 2020 Status Conference should be vacated.

2. The Early Neutral Evaluation Conference is rescheduled for October 27, 2020, at 9:00 a.m.

3. The deadlines and order related to the ENE as stated in the July 20, 2020 Order scheduling the ENE shall remain effective and shall be applied to the new October 27, 2020 date.

DATED this 1st day of October, 2020.    DATED this 1st day of October, 2020.

HOLLAND & HART LLP                       MURPHY & MURPHY LAW OFFICES

/s/ Matthew T. Cecil                     /s/ Craig M. Murphy
Matthew T. Cecil, Esq.                   Craig M. Murphy, Esq.
9555 Hillwood Drive, 2nd Floor           8414 W. Farm Road, Suite 180, Box 207
Las Vegas, Nevada  89134                 Las Vegas, NV  89131
*Attorneys for Defendant McEwen Mining Inc.*   *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

William G. Cobb
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: October 1, 2020

.

Page 2