**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN SHUBECK,<br><br>                Plaintiff,<br><br>v.<br><br>MCEWEN MINING, INC.,<br><br>                Defendant. | 3:20-cv-0279-RCJ-CLB<br><br>**ORDER** |

Craig Murphy, Esq. of Murphy & Murphy Law Offices filed a motion to withdraw as counsel for plaintiff, Susan Shubeck (ECF No. 42). Defendants filed a notice of non-opposition (ECF No. 43) and plaintiff filed no opposition. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . shall constitute a consent to the granting of the motion. Therefore,

IT IS ORDERED that the motion to withdraw as counsel (ECF No. 42) is **GRANTED**. A copy of this order and all documents hereafter filed shall be served on plaintiff via regular mail at the following address:

        Susan Shubeck
        1613 Chelsea Road #2929
        San Marino, CA  91108

**DATED:**  December 2, 2020     .

_____
**UNITED STATES MAGISTRATE JUDGE**